**JOHN DOUGLAS BARR** ............... California State Bar No. 40663
**TROY DOUGLAS MUDFORD** ..... California State Bar No. 156392
**ESTEE LEWIS**................................California State Bar No. 268358
**CATHLEEN THERESA BARR** ....... California State Bar No. 295538
**BRANDON STORMENT** ...............State Bar No. 267260
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California 96099-4390
Telephone: (530) 243-8008
Facsimile: (530) 243-1648

Attorneys for Plaintiffs/Petitioners

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY PHOMMATHEP, JOHN PHOMMATHEP SR. J.P. II, a Minor, by and through his Guardian ad Litem, TIFFANY PHOMMATHEP; J.P., a Minor, by and through his Guardian ad Litem, TIFFANY PHOMMATHEP; N.P, a Minor, by and through his Guardian ad Litem, TIFFANY PHOMMATHEP, <br><br> Plaintiffs/Petitioners, <br><br> vs. <br><br> COUNTY OF TEHAMA; TEHAMA COUNTY SHERIFFS' OFFICE; SHERIFF DAVE HENCRATT, in his individual and official capacity as Sheriff for the County of Tehama Sheriff Department; ASSISTANT SHERIFF PHIL JOHNSTON; in his individual and official capacity as Assistant Sheriff for the County of Tehama Sheriff Department; SUCCESSOR IN INTEREST OR ESTATE OF KEVIN NEAL and THE RANCHO TEHAMA ASSOCIATION, INC., <br><br> Defendants | No. 2:18-CV-02916-KJM-DMC <br><br> **ORDER ON PETITION FOR ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

///

///

**BARR & MUDFORD**
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

Page 1

**Order Re Petition for Order for Appt of Guardian ad Litem Re Minors, JP. II, JP. And N.P.**

## ORDER

The petition for an order appointing TIFFANY PHOMMATHEP as guardian ad litem for petitioners, J.P. II, J.P. and N.P., is GRANTED.

DATED: November 14, 2018.

_____
UNITED STATES DISTRICT JUDGE

Page 2
**Order Re Petition for Order for Appt of Guardian ad Litem Re Minors, JP. II, JP. And N.P.**

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008