**JOHN DOUGLAS BARR ............... California State Bar No. 40663**
**TROY DOUGLAS MUDFORD ..... California State Bar No. 156392**
**ESTEE LEWIS.................................California State Bar No. 268358**
**CATHLEEN THERESA BARR ....... California State Bar No. 295538**
**BRANDON STORMENT ...............California State Bar No. 267260**
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008
Facsimile:  (530) 243-1648

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY PHOMMATHEP,<br>JOHN PHOMMATHEP SR.<br>J.P. II, a Minor, by and through his Guardian<br>ad Litem, TIFFANY PHOMMATHEP;<br>J.P., a Minor, by and through his Guardian<br>ad Litem, TIFFANYPHOMMATHEP;<br>N.P, a Minor, by and through his Guardian<br>ad Litem, TIFFANYPHOMMATHEP, | No.  2:18-CV-02916-TLN-DMC<br><br>**ORDER GRANTING PLAINTIFFS'<br>REQUEST TO EXTEND<br>TIME FOR SERVICE OF<br>SUMMONS AND COMPLAINT** |
| Plaintiffs, | |
| vs. | |
| COUNTY OF TEHAMA;<br>TEHAMA COUNTY SHERIFFS' OFFICE;<br>SHERIFF DAVE HENCRATT, in his<br>individual and official capacity as Sheriff for<br>the County of Tehama Sheriff's Department;<br>ASSISTANT SHERIFF PHIL JOHNSTON,<br>in his individual and official capacity as<br>Assistant Sheriff for the County of Tehama<br>Sheriff's Department;<br>SUCCESSOR IN INTEREST OR ESTATE<br>OF KEVIN NEAL and;<br>THE RANCHO TEHAMA ASSOCIATION<br>INC., | |
| Defendants. | |

**Order Re Plaintiffs' Request to Extend Time for Service on All Defendants**

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

1       Having reviewed and considered Plaintiffs' Request to Extend Time Period for Service of

2    Summons and Complaint on All Defendants, and good cause appearing therefor,

3       IT IS HEREBY ORDERED that Plaintiffs are granted an additional ninety (90) days to

4    effectuate service of the Summons and Complaint on all Defendants: COUNTY OF TEHAMA;

5    TEHAMA COUNTY SHERIFFS' OFFICE; SHERIFF DAVE HENCRATT, in his individual and

6    official capacities as Sheriff for the County of Tehama Sheriff Department; ASSISTANT

7    SHERIFF PHIL JOHNSTON; in his individual and official capacities as Assistant Sheriff for the

8    County of Tehama Sheriff Department; SUCCESSOR IN INTEREST OR ESTATE OF KEVIN

9    NEAL; and THE RANCHO TEHAMA ASSOCIATION INC.  Service shall be completed not

10   later than **May 3, 2019**.

11       IT IS SO ORDERED.

12   Dated: February 4, 2019

13

14                                 _____

15                           Troy L. Nunley
                             United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

**Order Re Plaintiffs' Request to Extend Time for Service on All Defendants**