**JOHN DOUGLAS BARR** ............... California State Bar No. 40663
**TROY DOUGLAS MUDFORD** ..... California State Bar No. 156392
**ESTEE LEWIS**................................California State Bar No. 268358
**CATHLEEN THERESA BARR** ....... California State Bar No. 295538
**BRANDON STORMENT** ...............California State Bar No. 267260
**BARR & MUDFORD, LLP**
1824 Court Street / Post Office Box 994390
Redding, California 96099-4390
Telephone: (530) 243-8008
Facsimile: (530) 243-1648

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY PHOMMATHEP, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF TEHAMA, et al.<br><br>Defendants. | No. 2:18-CV-02916-TLN-DMC<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND TIME PERIOD FOR SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT SUCCESSOR IN INTEREST OR ESTATE OF KEVIN NEAL |

**IT IS HEREBY ORDERED** that plaintiffs TIFFANY PHOMMATHEP, JOHN PHOMMATHEP SR., J.P. II, a Minor, by and through his Guardian ad Litem, TIFFANY PHOMMATHEP; J.P., a Minor, by and through his Guardian ad Litem, TIFFANYPHOMMATHEP; N.P, a Minor, by and through his Guardian ad Litem, TIFFANYPHOMMATHEP, be allowed, and hereby are allowed, a further ninety (90) days after the expected response date, or **August 2, 2019**, in which to effectuate service of the Summons and Complaint on defendant SUCCESSOR IN INTEREST OR ESTATE OF KEVIN NEAL.

Dated: May 7, 2019

_____
Troy L. Nunley
United States District Judge

Page 1

**Order Re Plaintiffs' 2nd Motion to Extend Time Period for Service**