UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY PHOMMATHEP, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF TEHAMA, et al.,<br><br>  Defendants. | No. 2:18-cv-02916-TLN-DMC<br><br>**Previously Related Cases:**<br>2:18-cv-02916-TLN-DMC<br>2:18-cv-02927-TLN-DMC<br>2:18-cv-02918-TLN-DMC<br>2:18-cv-02912-TLN-DMC<br>2:18-cv-02917-TLN-DMC<br>2:18-cv-03021-TLN-DMC |
| MARCIA MCHUGH, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF TEHAMA,<br><br>  Defendants. | No. 2:19-cv-02292-WBS-EFB<br><br>**RELATED CASE ORDER** |

On November 28, 2018, and March 20, 2019, this Court issued orders relating the following cases: 2:18-cv-02916 (Phommathep); 2:18-cv-02927 (Steele); 2:18-cv-02918 (Woods); 2:18-cv-02912 (McFadyen); 2:18-cv-02917 (A.H.); 2:18-cv-03021 (Cardenas). (2:18-cv-02916-TLN-DMC, ECF Nos. 10, 21.) All cases are presently assigned to the undersigned United States District Court Judge Troy L. Nunley and Magistrate Judge Dennis M. Cota.

The Court has now examined the above-entitled actions and finds that Case Number 2:19-

cv-02292-WBS-EFB is also related to the actions above within the meaning of Local Rule 123(a). The actions involve the same defendants, are based on the same series of events, and involve similar questions of fact and law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties. *See* L.R. 123(a), (c).

The parties are reminded that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge, it does not consolidate the actions. The parties may file a motion to consolidate the cases. Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:19-cv-02292-WBS-EFB is reassigned to District Judge Troy L. Nunley and Magistrate Judge Dennis M. Cota, and the caption shall read 2:19-cv-02292-TLN-DMC. The Clerk of the Court is to issue the Initial Pretrial Scheduling Order.

IT IS SO ORDERED.

Dated: February 27, 2020

_____
Troy L. Nunley
United States District Judge