**TROY DOUGLAS MUDFORD ..... California State Bar No. 156392**
**ESTEE LEWIS..................................California State Bar No. 268358**
**CATHLEEN THERESA BARR ....... California State Bar No. 295538**
**BRANDON STORMENT ...............California State Bar No. 267260**
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008
Facsimile:  (530) 243-1648

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY PHOMMATHEP, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF TEHAMA, et al.<br><br>Defendants. | No.  2:18-CV-02916-TLN-DMC<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SUCCESSOR IN INTEREST OF ESTATE OF KEVIN NEAL** |

**IT IS HEREBY ORDERED**, per Stipulation by the parties, that Defendant SUCCESSOR IN INTEREST OR ESTATE OF KEVIN NEAL may be dismissed, and hereby is dismissed, without prejudice.

DATED: June 5, 2020

_____
Troy L. Nunley
United States District Judge

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 1
**Order Re Dismissal Without Prejudice of Dfdt Successor in Interest or estate of Kevin Neal**