**TROY DOUGLAS MUDFORD .....  California State Bar No. 156392**
**ESTEE LEWIS.................................California State Bar No. 268358**
**CATHLEEN THERESA BARR ....... California State Bar No. 295538**
**BRANDON STORMENT ...............California State Bar No. 267260**
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008
Facsimile:  (530) 243-1648

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY PHOMMATHEP, JOHN PHOMMATHEP SR. J.P. II, a Minor, by and through his Guardian ad Litem, TIFFANY PHOMMATHEP; J.P., a Minor, by and through his Guardian ad Litem, TIFFANYPHOMMATHEP; N.P, a Minor, by and through his Guardian ad Litem, TIFFANY PHOMMATHEP, <br><br>     Plaintiffs, <br><br>     vs. <br><br> COUNTY OF TEHAMA; TEHAMA COUNTY SHERIFFS' OFFICE; SHERIFF DAVE HENCRATT, in his individual and official capacity as Sheriff for the County of Tehama Sheriff Department; ASSISTANT SHERIFF PHIL JOHNSTON; in his individual and official capacity as Assistant Sheriff for the County of Tehama Sheriff Department; and; THE RANCHO TEHAMA ASSOCIATION INC., JOHN/JANE DOES 1-20 <br><br>     Defendants. | No. 2:18-CV-02916-TLN-DMC <br><br> **ORDER RE: STIPULATION TO PERMIT PLAINTIFFS TO FILE A <u>SECOND AMENDED COMPLAINT</u> IN PHOMMATHEP, ET AL. V. COUNTY OF TEHAMA, ET AL.** |

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 1
Order Re Stipulation to Permit Plaintiffs to File a Second Amended Complaint


**IT IS HEREBY ORDERED**, per Stipulation by the parties, that plaintiffs may file a Second Amended Complaint in the above-captioned matter.

**IT IS FURTHER ORDERED** that, per prior Stipulation by the parties, a responsive pleading to the Second Amended Complaint is due no later than January 4, 2021.

**IT IS SO ORDERED.**

DATED: October 7, 2020

_____
Troy L. Nunley
United States District Judge
BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

Page 2
Order Re Stipulation to Permit Plaintiffs to File a Second Amended Complaint