**TROY DOUGLAS MUDFORD** ..... California State Bar No. 156392
**ESTEE LEWIS**................................California State Bar No. 268358
**CATHLEEN THERESA BARR** ....... California State Bar No. 295538
**BRANDON STORMENT** ...............California State Bar No. 267260
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California 96099-4390
Telephone: (530) 243-8008
Facsimile: (530) 243-1648

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY PHOMMATHEP, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF TEHAMA; et al., <br><br> Defendants. | No. 2:18-CV-02916-TLN-DMC <br><br> **ORDER RE: STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE A FURTHER AMENDED COMPLAINT OR REQUEST FOR FINAL ORDER** |

**IT IS HEREBY ORDERED**, per Stipulation by the Parties, that the time for Plaintiffs to file an Amended Complaint or Request for Final Order is extended for sixty (60) additional days, to December 3, 2021.

**IT IS SO ORDERED.**

DATED: October 1, 2021

_____
Troy L. Nunley
United States District Judge

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

Page 1
Order Re Stip. to Extend Time to File Amended Complaint or Req. for Final Order