**TROY DOUGLAS MUDFORD** ..... California State Bar No. 156392
**ESTEE LEWIS**................................California State Bar No. 268358
**CATHLEEN THERESA BARR** ....... California State Bar No. 295538
**BRANDON STORMENT** ...............California State Bar No. 267260
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008
Facsimile:  (530) 243-1648

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY PHOMMATHEP, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF TEHAMA; et al.,<br><br>Defendants. | No.  2:18-CV-02916-TLN-DMC<br><br>**Related Cases:**<br>2:18-CV-02912-TLN-DMC (McFadyen);<br>2:19-CV-02292-TLN-DMC (McHugh);<br>2:18-CV-02918-TLN-DMC (Woods);<br>2:18-CV-02917-TLN-DMC (A.H. a minor);<br>2:18-CV-02927-TLN-DMC (Steele/Elliot)<br><br>**ORDER RE REQUEST FOR ENTRY OF FINAL ORDER** |

On September 3, 2021, this Court granted the County Defendants' Motion to Dismiss in the above-entitled case.  [Document 60.] Some causes of action were dismissed without leave to amend, and some causes of action were dismissed with leave to amend.  Plaintiff was ordered to file an Amended Complaint by December 3, 2021 (by extension [Document 62].

Plaintiffs have now stated that they have "decided to stand on their Complaint, rather than amend" and have requested that this Court enter a final order, so that they may appeal the Court's Order granting Defendants' Motion to Dismiss.

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 1
**Order Re: Request for Entry of Final Order**

**THEREFORE,** the Court hereby grants Plaintiffs' request for final order, and hereby dismisses the federal causes of action, without leave to amend.

**IT IS SO ORDERED.**

DATED: December 8, 2021

Troy L. Nunley
United States District Judge

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

Page 2
Order Re: Request for Entry of Final Order