TROY DOUGLAS MUDFORD ..... California State Bar No. 156392
ESTEE LEWIS...............................California State Bar No. 268358
CATHLEEN THERESA BARR ....... California State Bar No. 295538
BRANDON STORMENT ...............California State Bar No. 267260
BARR & MUDFORD, LLP
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008
Facsimile:  (530) 243-1648

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY PHOMMATHEP, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF TEHAMA; et al.,<br><br>Defendants. | No.  2:18-CV-02916-TLN-DMC<br><br>Related Cases:<br>2:18-CV-02912-TLN-DMC (McFayden);<br>2:19-CV-02292-TLN-DMC (McHugh);<br>2:18-CV-02918-TLN-DMC (Woods);<br>2:18-CV-02917-TLN-DMC (A.H. a minor);<br>2:18-CV-02927-TLN-DMC (Steele/Elliot)<br><br>**ORDER RE STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE AN OBJECTION OR OPPOSITION TO COUNTY OF TEHAMA, ET AL'S BILL OF COSTS PENDING OUTCOME OF APPEAL** |

**IT IS HEREBY ORDERED**, per Stipulation by the Parties, that the time for the Plaintiffs to file any Objection or Opposition to the Bill of Costs filed by the Tehama County Defendants [Document 66] is extended until after the ruling on the Appeal.  If the Appeal is granted, the Bill of Costs will become moot.  If the Appeal is denied, Plaintiffs will have thirty (30) days to file an objection or opposition to the Bill of Costs.

**IT IS SO ORDERED.**

DATED:  February 15, 2022

_____
Troy L. Nunley
United States District Judge

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 1
Order Re Stip to Extend Time re Obj/Opp to  County's  Bill of Costs pending Appeal